FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 23 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-3827JB |
| vs. | ) Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 5 Grams and More of Methamphetamine; |
| **DESTINEY KAE WILKERSON**, | ) |
| Defendant. | ) Count 2: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition; |
| | ) Count 3: 18 U.S.C. § 924(c): Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime. |

INFORMATION

The United States Attorney charges:

Count 1

On or about November 1, 2018, in Rio Arriba County, in the District of New Mexico, the defendant, **DESTINEY KAE WILKERSON**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 5 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

Count 2

On or about November 1, 2018, in Rio Arriba County, in the District of New Mexico, the defendant, **DESTINEY KAE WILKERSON**, knowing that she had been convicted of at least

one crime punishable by imprisonment for a term exceeding one year, specifically:

    (1)    Abandonment or Abuse of a Child, and

    (2)    Importing a Quantity of Marijuana,

knowingly possessed a firearm and ammunition in and affecting interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924

### Count 3

On or about November 1, 2018, in Rio Arriba County, in the District of New Mexico, the defendant, **DESTINEY KAE WILKERSON**, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute methamphetamine as charged in Count 1 of this indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

JOHN C. ANDERSON
United States Attorney

*/s/ Robert I. Goldaris*
ROBERT I. GOLDARIS
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103-0607
(505) 346-7274

2